Robert J. Gralewski, Esq.
CA BAR ID: 196410
**KIRBY McINERNEY, LLP**
600 B Street, Suite 2110
San Diego, California 92101
Telephone: (619) 784-1442
Facsimile: (212) 751-2540
Email: bgralewski@kmllp.com

*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELISE MICHELLE CLEMENTS,<br><br>    Plaintiff,<br><br>v.<br><br>FLO HEALTH, INC.,<br><br>    Defendant. | Case No.: 3:21-cv-6147<br><br>[PROPOSED] ORDER OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees. The Clerk is directed to close the file.

Date: September 3, 2021

_Maxine M. Chesney_
HON. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

---

1
[PROPOSED] ORDER OF DISMISSAL